# IN THE UNITED STATES COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)   JESSICA L. AYLWARD, an individual,<br><br>              Plaintiff,<br><br>vs.<br><br>(1)   OKLAHOMA NATIONAL GUARD, d/b/a THUNDERBIRD YOUTH ACADEMY FOUNDATION, and<br><br>(2)   OKLAHOMA MILITARY DEPARTMENT *ex rel.,* STATE OF OKLAHOMA, d/b/a THUNDERBIRD YOUTH ACADEMY FOUNDATION,<br><br>              Defendants. | **Case No: CIV-13-739-JED-PJC** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff hereby stipulates with Defendants to dismiss with prejudice the above-styled and captioned cause of action. The parties further stipulate that each party to this action shall bear such party's own costs, expenses, and attorney fees.

Respectfully submitted this  17th  day of April, 2015.

| | |
|---|---|
| /s/Daniel E. Smolen | /s/ Susan E. Werner |
| Daniel E. Smolen | Susan E. Werner |
| Lauren G. Lambright | Assistant Attorney General |
| SMOLEN, SMOLEN & ROYTMAN, P.L.L.C. | Office of the Attorney General |
| 701 South Cincinnati Avenue | 313 NE 21st Street |
| Tulsa, Oklahoma 74119 | Oklahoma City, OK 73105 |
| *Attorneys for the Plaintiff* | *Attorney for Defendants* |

## CERTIFICATE OF SERVICE

This is to certify that on the  17th  day of April, 2015, a true and correct copy of the above and foregoing was electronically transmitted to the Clerk of the Court for the United Stated District Court for the Northern District of Oklahoma using the ECF System for filing and transmittal of the Notice of Electronic Filing to the following ECF registrants, and/or mailed via United States Postal Service postage fully prepaid thereon, and/or via electronic mail to the following interested parties:

| | |
|---|---|
| Mr. Daniel E. Smolen, Esquire<br>Ms. Lauren G. Lambright, Esquire<br>SMOLEN, SMOLEN & ROYTMAN, P.L.L.C.<br>701 South Cincinnati Avenue<br>Tulsa, OK 74119<br>danielsmolen@ssrok.com<br>laurenlambright@ssrok.com<br>*Attorneys for the Plaintiff* | Mr. Michael A. Mannes, Esquire<br>3501 Military Circle<br>Oklahoma City, Oklahoma 73111<br>michael.a.mannes.mil@mail.mil<br>*Attorney for Defendants, Oklahoma National Guard and Oklahoma Military Department* |
| /s/Daniel E. Smolen<br>DANIEL E. SMOLEN | /s/ Susan E. Werner<br>SUSAN E. WERNER |